UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SYLVESTER CORNISH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-2746** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION: "G"(4)** |

## ORDER

The Court, having considered the record, the applicable law, the Magistrate Judge's Report and Recommendation,[1] and the failure of the Defendant to file any objections to the Magistrate Judge's Report and Recommendation,[2] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that the Administrative Law Judge's decision denying Sylvester Cornish's Disability Benefits and Supplemental Security Income Benefits is **REVERSED AND REMANDED** for further consideration of the record.

**NEW ORLEANS, LOUISIANA**, this  23rd  day of January, 2014.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. 21.

[2] The Court notes that the ten-day deadline for Defendant to file written objection was stayed from October 7, 2013 until October 18, 2013 as Defendant experienced a lapse of government appropriations. *See* Rec. Doc. 22; Rec. Doc. 23. However, even considering the stay, the deadline to file objections has long since passed.